IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERRICK M. WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Civ. No. 04-185-GMS | |
| | ) | |
| DETECTIVE LLOYD R. JOSEPH, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this $\underline{17}$th day of January, 2006, the plaintiff having satisfied the filing

prerequisites of 28 U.S.C. § 1915A; and the court having identified cognizable claims within the

meaning of 28 U.S.C. § 1915A(b);

IT IS ORDERED that:

1.      The clerk of the court shall cause a copy of this order to be mailed to the plaintiff.

2.      Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), the plaintiff shall complete and

return to the clerk of the court an **original** "U.S. Marshal-285" form for **the** defendant, as well as

**one copy of the complaint for service upon the defendant.  Failure to provide the "U.S.**

**Marshal 285" forms for the defendant within 120 days of this order may result in the**

**complaint being dismissed or the defendant being dismissed pursuant to Federal Rule of**

**Civil Procedure 4(m).**

3.      Upon receipt of the form(s) required by paragraph 2 above, the United States

Marshal shall forthwith serve a copy of the complaint, this order, a "Notice of Lawsuit" form, the

filing fee order(s), and a "Return of Waiver" form upon the defendant(s) identified in each 285

form.

4.      No communication, including pleadings, briefs, statement of position, etc., will be considered by the court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

United States District Judge