Ereick M. Wright
SBI# 211465
38 Todds Lane 4B-F
Wilmington, De 19802

March 14, 2005

Judge Gregory M. Sleet
United States District Court
844 N. King St., Lockbox 19
Wilmington De 19801-3570

        RE: Cw. Act No. 04-185-GMS
            Civ. Act. No. 05-442-GMS

Dear Hon. Gregory M. Sleet,

    Upon my return from CVOP in Smyrna for a 'Sanction' I requested a pass to go to the Law Library here in Wilmington as well as a pass to go to the office of the District Court by Joanne Curdaci who is a Counsellor here at the Plummer Center. Your Honor, I have tried numerous times to explain my rights to the officials in charge here and they blatantly have a lack of regard for State or Federal laws regarding rights such as the, Law Library and the Mishandling and refusal to allow me to bring my Legal work with me. I appreciate any help you can offer so I may diligently proceed.

                Sincerely,
                Eric M. Wright

FORM #584

## GRIEVANCE FORM

FACILITY: Plummer Community Corrections Ctr.   DATE: 3/15/06
38 Todds Lane Wilm De 19802

GRIEVANT'S NAME: Errick M. Wright   SBI#: 211465

CASE#: 0310003717   TIME OF INCIDENT: 3/15/06 @ 10:20 am

HOUSING UNIT: 4B-H

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On the evening on 3/14/06 I submitted a request to go to the United States District Courts' Law Library in the Federal Bldg in Wilm for the date of Friday 3/17/06 between the hours of 9am to 12pm to Joanne Cardaci who is a counselor at PCCC. Ms. Cardaci vehemently denied my request in blatant violation of The Freedom of Information Act (29 Del Code Rules 10002(g) and applicable federal statutes. As a Pro Se Defendant and Plaintiff in cases involving the Superior Court of Delaware and U.S. District Court, I am illegally being denied access to public information.

ACTION REQUESTED BY GRIEVANT: That Joanne Cardaci, et al abide by the law and prohibit any retalitory action by the submittal of this Grievance (i.e. harrassment, intimidation and other such actions)

GRIEVANT'S SIGNATURE: [signature]   DATE: 3/15/06

WAS AN INFORMAL RESOLUTION ACCEPTED?   ___(YES)   ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT
cc: Carl C. Danberg A.G.
cc: Stan Taylor, Comm. D.O.C.
cc: Superior Court
cc: U.S. Dept. of Justice
cc: Judge Gregory Sleet

April '97 REV