Errick M. Wright
38 Todds Lane 4B-H
W. lmington, De 19802


March 17, 2006


Judge Gregory M. Sleet
United States District Court
844 N. King Street, Lockbox 19
Wilmington, DE 19801-3570

2006 MAR 17   AM II: 39

Scanned
OBS

RE: Wright v. Det. Lloyd R. Joseph
     Civ. Act. No. (04-185-GMS)
     Wright v. Attorney General of the State of
     Del   Civ. Act. No. 04-185-GMS
                    05-442-GMS

Dear Judge Sleet,


      Enclosed is the information and a filing
thereof to Judge Calvin L. Scott, Jr. to
Support my Petitions for the above Civil Actions.
      IF the evidence I presented to Judge Scott was
not sufficiently credible, I do not believe he
would have the September 14, 2005 ORDER.

                            Sincerely,
                            Errick M. Wright
                            SBI # 211465


CC: Judge Gregory M. Sleet,
CC: Thomas E Brown
CC: Errw, Petitioner

Ezeick M. Wright
38 Todds Lane, 4B-11
Wilmington DE 19802

March 17, 2006

Hon. Calvin L. Scott, Jr.
Superior Court of THE STATE OF DELAWARE
500 N. King Street, Suite 10400
Wilmington, DE 19801-3733

RE: STATE V. Ezeick H. Wright
Crim. Act. Do. 0310003717

Dear Hon. Calvin L. Scott, Jr.,

I would like to correct the error made by
the court docket in the filing of my march 10, 2006
Letter. Though I would like my property returned,
My priority is my motion entitled "Motion to
Present New Evidence and to Revoke ALL Imposed
Sentences and to Dismiss Conviction." After Confirming
Property Law (see Sabo v. Horvath 559 P.2d 1038
(Alaska 1976); Vanderwall v. Midkiff, 421 N.W. 2d
263 (Mich. Ct. App. 1988); Nickels v. Cohn, 764 S.W. 2d
124, 135 (Mo. Ct. App. 1989); First National Bank in
Albuquerque v. Enriquez, 634 P.2d 1266, 1268 (N.M.
1981) "if a grantor has no interest in the Property
(Pierson Brooks Investments LLC) then no Property is Conveyed
and such no Alledged Theft was committed.

Detective LLOYD R. Joseph should have Researched property Law first before filing Charges pursuant to Title 11.

The property purported to be owned by Stephen Tait (IN8101142, IN0310011420), IN0310011420z,) he did ~~not~~ own. The property was owned by TAITCO INC, a Delaware Corporation and as such it was the property of the Corporation. A False Statement was made in the first instance (Perjury) both Written and oral that Stephen Tait was the owned of the Property.

Statiscally, A majority White Jury presiding Judgement over an African-American Defendant has a Lower percent of a not guilty plea than of another ethnic Defendant involving the same charges. And, for that reason, even with the limited Knowledge of property Law during trial I had, I Knew I could not win this Case at trial. And failure to provide ethical legal Assitance by Brian J. Bartley before I terminated him as my Counsel was the basis for my decision to act as Pro Se, because I did not trust any attorney's in the City of Wilmington. The Jury was not fully Informed of all Circumstances. Regarding Property and Corporate Law.

OC: Hon Calvin L. Scott

CC: Dept. of Justice

CC: EMW:

CC: Judge Gregory Sleet
U.S. Dist. Court
Civ. Act. No:04-185-6MS

Sincerely,
Errick M. Wright

SBI # 211465

Errick M. Wright
88 Todds Lane 4B-H
Wilmington, De 19802

March 17, 2006

Hon. Calvin L. Scott, Jr.
Superior Court of the State of Delaware
500 N. King Street, Suite 10400
Wilmington, DE 19801-3733

RE: STATE v. ERRICK M. WRIGHT
Crim Act No. 0310003717
Crim Act Nos.: IN0310114Z; VN0310114201;
VN0310114202; IN0310114Y; YN0310114401;
VN0310114402; IN0310280Y; VN0310280701;
VN0310280702; IN0310280B; VN0310280801;
VN0310280802.

Dear Hon Calvin L Scott JR.,

I am Requesting that I be Released from the Department of Corrections on the grounds of malicious prosecution by the Department of Justice of THE STATE of DELAWARE.

Sincerely
Errick M. Wright
SBI # 211465

OC: Judge Calvin L. Scott JR.
CC: Dept. of Justice
CC: GMW
CC: Judge Gregory M. Sleet
     US: Dept of Justice
     Civ Act Nos. 04-185-GMS

Attachment "A"

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE            )
                             )    Cr.A.Nos.: IN03101141
                             )              IN03101142
                             )              IN03101144
v.                           )    ID # 0310003717
                             )
ERRICK M. WRIGHT             )

## *O R D E R*

This 15th day of September, 2005 it appearing to the Court:

1) The State shall file a Response to Defendant's "Motion to Return Property
   to Defendant Not used in Trial" and Defendant's "Motion to Present New
   Evidence and to Revoke all Imposed Sentences and to Dismiss
   Conviction" on or before September 30, 2005. A courtesy copy of the
   Response shall be delivered to chambers. Failure of the State to file a
   Response by this date may result in the Court's deeming the motion
   unopposed.

### *IT IS SO ORDERED.*

Calvin L. Scott, Judge
Superior Court

Enclosure
oc:    Prothonotary
cc:    Department of Justice
       Defendant

THOMAS P. GORDON
COUNTY EXECUTIVE



CHARLES L. BAKER
GENERAL MANAGER

DEPARTMENT OF LAND USE

May 8, 2003

Pierson Brooks Investments LLC
110 West 9th St. Ste. 304
Wilmington, DE 19801

**RE:    Deed Instrument(s) 20030416 - 0046959    Parcel # 26-037.10-082**

Dear Sir or Madam:

The New Castle County Assessment Division cannot process the above referenced Deed, which was prepared and/or recorded by you or your office. The Grantor's name is not correct. Our records indicate that Pierson Brooks Investments, LLC does not have an interest on the above mentioned parcel.

If your intention is still to transfer this property, it is recommended that you record a corrective Deed. Your cooperation in this matter is appreciated. If you have any questions regarding this matter, call me at (302) 395-5559.

Sincerely,

Sue Kille

Sue Kille
Department of Land Use
Assessment Division

Enclosures
CC: Errick M. Wright
    File

Exhibit #11

 **FreeAdvice**

**Looking for a MORTGAGE?**

<u>Home</u> - <u>Find a Lawyer</u> - <u>Law Bulletin Boards</u> - <u>Prepare Legal Documents</u> - <u>Legal Forms</u> -
<u>Search</u>

## WHAT IS A QUITCLAIM DEED?

A quitclaim deed transfers or "releases" to the transferee whatever present right or interest the grantor has in the described property. Unlike a grant deed, a quitclaim deed carries with it no express or implied covenants. Thus, if the grantor holds no interest in the property, a quitclaim deed conveys nothing.



WELCOME | EXEC OFFICES | COUNCIL | COUNTY CODE | CUSTOMER INFO | EMPLOYMENT | FINANCES | ROW OFFICES | MARRIAG

NEW CASTLE COUNTY, DELAWARE
THOMAS P. GORDON, COUNTY EXECUTIVE

Department of Lan

EMS | LIBRARIES | MEETINGS | LAND USE | COMMUNITY SERVICES | PARKS | PURCHASING | ETHICS COMMISSION | SENIOR

**Parcel #:** 

**Deed Book/Page:**

**Street Number/Name:**

Display 15 ▼ Results    Search    Clear

## Parcel # 2603710082
**Incorporated in WILMINGTON PROPERTY TAX AREA**

Property Address: 1333 VANDEVER AV
                  WILMINGTON, DE 19802-

Subdivision:      WILMINGTON
Owner:            TAITCO INC
Owner Address:    121 COLONEL CLAYTON DR
                  MIDDLETOWN, DE 19709-8005

View Map
Last 10
Sales

| Lot #: | 25 | Property Class: | RESIDENTIAL |
|---|---|---|---|
| Location: | | | |
| Map Grid: | 11403580 | Lot Size: | 0.03 |
| Block: | 1794 | Lot Depth: | 90 |
| Census Tract: | 007.00 | Lot Frontage: | 13.5 |
| Street Type: | FEEDER | Street Finish: | SIDEWALK |
| Gas: | YES | Electric: | YES |
| Water: | PUBLIC | | |
| Microfilm #: | 000000 | | |

## District & Zoning Info

**Districts**                        **Zoning**
PLANNING DISTRICT 11-ASMT
STATE SENATE DIST 2
NORTH OF C&D CANAL
STATE REP DIST 02
COLONIAL SCHOOL DIST-TRES
TRAFFIC ZONE T019 (YR2000)
COUNCIL 4 - PENROSE HOLLINS
FIRE/RESCUE - CITY OF WILM
COUNCIL DISTRICT 4 - PENDING

## Sales History

| Deed | Cur. Owner? | Multi? | Sale Date | Sale Amount |
|------|-------------|--------|-----------|-------------|
| 271 223 | N | Y | 8/1/1985 | 130079 |
| 1394 165 | Y | N | 9/3/1992 | 27000 |

## Tax/Assessment Info

| Assessment | | | | Exemption | Exmp. Amount |
|------------|--|--|--|-----------|--------------|
| Land: | 2600 | | | | |
| Structure: | 9100 | | | | |
| Homesite: | 0 | | | | |
| Total: | 11700 | | | | |

**County Taxable:** 11700  **School Taxable:** 11700

## Tax History

Printable Tax Details

| | County | | | | School | | | |
|---|---|---|---|---|---|---|---|---|
| Tax Year | Principal Due | Penalty Due | Last Paid Date | Amt Paid | Principal Due | Penalty Dne | Last Paid Date | Amt Paid |
| 1999A | $0.00 | $0.00 | 02/17/2000 | -$20.31 | $0.00 | $0.00 | 02/17/2000 | -$146.46 |
| 2000A | $0.00 | $0.00 | 11/29/2000 | -$19.77 | $0.00 | $0.00 | 11/29/2000 | -$118.44 |
| 2001A | $0.00 | $0.00 | 01/23/2002 | -$20.13 | $0.00 | $0.00 | 01/23/2002 | -$127.53 |
| 2002A | $0.00 | $0.00 | 09/12/2002 | -$18.49 | $0.00 | $0.00 | 09/12/2002 | -$129.87 |
| 2003A | $0.00 | $0.00 | 07/25/2003 | -$18.49 | $0.00 | $0.00 | 08/18/2003 | -$145.08 |
| 2004A | $18.49 | $0.00 | | $0.00 | $152.11 | $0.00 | | $0.00 |
| | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | | $0.00 |

**County Balance Due:** $18.49
**School Balance Due:** $152.11

**Overpayment:** $0.00

**These amounts are valid through the last day of the month. For accounts with delinquent balances, statutory penalty will accrue on the first day of next month.**

## No Sewer Service

## Residence Characteristics

| **Building Design:** | ROW INSD | **Residence Class:** | TWO FAMILY |
|----------------------|----------|----------------------|------------|
| **Grade:** | FAIR | **Condition:** | AVERAGE |
| **Year Built:** | 1909 | **# Stories:** | 2 |



# Michael E. Kozikowski
# New Castle County Recorder of Deeds

### Web Services Detailed Data Results

---

**Instrument:** 199906081601841
**Recorded:** 6/8/1999
**Document Type:** DEED
  **Grantor:** TAITCO INC
  **Grantee:** MILLER, MILDRED
     **Legal Description:**
       **Marginal:**

**Volume Page:** 2647 152
**Pages:** 2
    **Consideration:** 0

<u>Purchase Copy</u>
<u>ParcelView</u>

---

**Instrument:** 199607011300738
**Recorded:** 7/1/1996
**Document Type:** DEED
  **Grantor:** TAITCO INC
  **Grantee:** TAIT, STEPHEN
     **Legal Description:**
       **Marginal:**

**Volume Page:** 2127 303
**Pages:** 2
    **Consideration:** 0

<u>Purchase Copy</u>
<u>ParcelView</u>

---

**Instrument:** 199508032191321
**Recorded:** 8/3/1995
**Document Type:** DEED
  **Grantor:** SHERATON, GREGORY L
  **Grantee:** TAITCO INC
     **Legal Description:**
       **Marginal:**

**Volume Page:** 1960 171
**Pages:** 2
    **Consideration:** 0

<u>Purchase Copy</u>
<u>ParcelView</u>

---

**Instrument:** 199508010162677
**Recorded:** 8/1/1995
**Document Type:** DEED
  **Grantor:** SARSFIELD, RICHARD P / SARSFIELD, ROBERTA L
  **Grantee:** TAITCO INC
     **Legal Description:**
       **Marginal:**

**Volume Page:** 1958 21
**Pages:** 2
    **Consideration:** 0

<u>Purchase Copy</u>
<u>ParcelView</u>

---

**Instrument:** 199501131330962
**Recorded:** 1/13/1995
**Document Type:** DEED
  **Grantor:** TRAD INC / TRAD CORP,-AKA
  **Grantee:** TAITCO INC
     **Legal Description:**
       **Marginal:**

**Volume Page:** 1868 157
**Pages:** 3
    **Consideration:** 0

<u>Purchase Copy</u>
<u>ParcelView</u>

---

**Instrument:** 199309241847514
**Recorded:** 9/24/1993

**Volume Page:** 1593 228
**Pages:** 3

<u>Purchase Copy</u>
<u>ParcelView</u>

Document Type: DEED              Consideration: 0
    Grantor: CHRYSLER FIRST FINANCIAL SERVICES CORP
    Grantee: TAITCO INC
        Legal Description:
             Marginal:

---

Instrument: 199209040272463        Volume Page: 1394 165       Purchase Copy
Recorded: 9/4/1992             Pages: 3                 ParcelView
Document Type: DEED            Consideration: 0
   Grantor:    TODD INC
   Grantee:    TAITCO INC
        Legal Description:
             Marginal:

---

Instrument: 199205041063064        Volume Page: 1326 172       Purchase Copy
Recorded: 5/4/1992             Pages: 3                 ParcelView
Document Type: DEED            Consideration: 0
   Grantor:   HERNANDEZ, ROBERT
   Grantee:   TAITCO CORP
        Legal Description:
             Marginal:

Search Criteria:   Find all documents where the Document Category In ('1') and Last Name Like 'Taitco%'

**Main Menu**      **Simple Search**      **Advanced Search**      **Instrument Search**      **Help**

*New Castle County Recorder of Deeds Support:*
   *Support Person's Name*    *SupportPerson@NewCastle.co.de.org*

*Developed By:*



*Copyright © 1997-2000 Document Technology Systems, Ltd.*

Errick M. Wright
88 Todds Lane 4B-H
W. Imington, De 19802

March 17, 2006

Judge Gregory M. Sleets
United States District Court
844 N. King Street, Lockbox 19
Wilmington, DE 19801-3570

RE: Wright v. Det. Lloyd R. Joseph
Civ Act. No. 04-185-GMS
Wright v. Attorney General of the State of
Del  Civ. Act. No. 04-185-GMS

Dear Judge Sleet,

Enclosed is the information and a filing
thereof to Judge Calvin L. Scott, JR. to
Support my Petitions for the above Civil Actions.
IF the evidence I Presented to Judge Scott was
not sufficiently Credible, I do not believe he
would have the September 16, 2005 ORDER.

Sincerely,

Errick M. Wright
SBI # 211465

CC: Judge Gregory M. Sleet,
CC: Thomas E Brown
CC. Errw, Petitioner

Errick M. Wright
38 Todds Lane, 4B-11
Wilmington DE 19802


March 17, 2006


Hon. Calvin L. Scott, Jr.
Superior Court of THE STATE OF DELAWARE
500 N. King Street, Suite 10400
Wilmington, DE 19801-3733


                  RE: STATE v. Errick M. Wright
                       Crim. Acc. No. 0810003717


Dear Hon. Calvin L. Scott, Jr.,


   I would like to correct the error made on
the Court docket in the filing of my march 10, 2006
Letter. Though I would like my property returned,
My priority is my motion entitled " Motion to
Present New Evidence and to Revoke ALL imposed
Sentences and to DISMISS Conviction." After Confirming
Property Law (see Sabo v. Horvath 559 P.2d 1038
(Alaska 1976); Vanderwall v. Midkiff, 421 N.W. 2d
263 (Mich. Ct. App. 1988); Nickels v. Cohn, 764 S.W. 2d
124, 135 (Mo. Ct. App. 1989); First National Bank in
Albuquerque v. Enriquez, 634 P.2d 1266, 1268 (N.M.
1981) "if a grantor has no interest in the Property
(Pierson Brooks Investments LLC) then no Property is Conveyed
and Such no Alledged Theft was committed.

Detective LLOYD R. Joseph should have Researched property Law first before filing Charges pursuant to Title 11.

The property purported to be owned by Stephen Tait (IN8101142, IN0310011420, IN0310011420, IN0310011420, IN0310011420, ) he did not own. The property was owned by TAITCO INC, a Delaware Corporation and as Such it was the property of the Corporation. A False Statement was made in the first instance (Perjury) both Written and oral that Stephen Tait was the owner of the Property.

Statiscally, A majority White Jury Presiding Judgement over an African-American Defendant has a Lower percent of a not guilty plea than of another ethnic Defendant involving the Same charges. And, for that reason, even with the limited knowledge of Property Law during trial I had, I knew I could not Win this case at trial. And failure to provide ethical Legal Assitance by Brian J. Bartley before I terminated him as my Counsel was the basis for my decision to act as Pro Se, because I did not trust any attorney's in the City of Wilmington.
The Jury was not fully informed of all circumstances. Regarding Property and Corporate Law.

OC: Hon Calvin L. Scott

CC: Dept. of Justice

CC: BMW:

CC: Judge Gregory Sleet
U.S. Dist. Court
Civ. Act. No:04-185-6MS

Sincerely,

Eerick M. Wright

SBI # 211465

Errick M. Wright
88 Todds Lane 4B-H
Wilmington, De 19802


March 17, 2006


Hon. Calvin L. Scott, Jr.
Superior Court of the State of Delaware
500 N. King Streets, Suite 10400
Wilmington, DE 19801-3733


     RE: STATE v. Errick M. Wright
        Crim Act No. 0310003717
        Crim Act Nos.: IN0310114z; VN0310114201;
        VN0310114202; IN0310114q; YN0310114401;
        VN0310114402; IN03102807; VN0310280701;
        VN0310280702; IN03102808; VN0310280801;
        VN0310280802.


   Dear Hon Calvin L Scott Jr.,


    I am Requesting that I be Released from the
Department of Corrections on the grounds of
malicious prosecution by the Department of
Justice of THE STATE of DELAWARE.

Sincerely,

Errick M. Wright

SBI# 211465

OC: Judge Calvin L Scott Jr.
cc: Dept. of Justice
cc: EMW
cc: Judge Gregory M. Sleet
    US. Dept of Justice

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) Cr.A.Nos.: IN03101141 |
| | ) IN03101142 |
| | ) IN03101144 |
| v. | ) ID # 0310003717 |
| | ) |
| ERRICK M. WRIGHT | ) |

## *O R D E R*

This 15th day of September, 2005 it appearing to the Court:

1) The State shall file a Response to Defendant's "Motion to Return Property to Defendant Not used in Trial" and Defendant's "Motion to Present New Evidence and to Revoke all Imposed Sentences and to Dismiss Conviction" on or before September 30, 2005. A courtesy copy of the Response shall be delivered to chambers. Failure of the State to file a Response by this date may result in the Court's deeming the motion unopposed.

*IT IS SO ORDERED.*

Calvin L. Scott, Judge
Superior Court

Enclosure

oc:   Prothonotary

cc:   Department of Justice
      Defendant

THOMAS P. GORDON
COUNTY EXECUTIVE



CHARLES L. BAKER
GENERAL MANAGER

DEPARTMENT OF LAND USE

May 8, 2003

Pierson Brooks Investments LLC
110 West 9th St. Ste. 304
Wilmington, DE 19801

**RE:    Deed Instrument(s) 20030416 - 0046959    Parcel # 26-037.10-082**

Dear Sir or Madam:

The New Castle County Assessment Division cannot process the above referenced Deed, which was prepared and/or recorded by you or your office. The Grantor's name is not correct. Our records indicate that Pierson Brooks Investments, LLC does not have an interest on the above mentioned parcel.

If your intention is still to transfer this property, it is recommended that you record a corrective Deed. Your cooperation in this matter is appreciated. If you have any questions regarding this matter, call me at (302) 395-5559.

Sincerely,

Sue Kille

Sue Kille
Department of Land Use
Assessment Division

Enclosures
CC: Errick M. Wright
    File

  **Looking for a MORTGAGE?**

Home - Find a Lawyer - Law Bulletin Boards - Prepare Legal Documents - Legal Forms -
Search

## WHAT IS A QUITCLAIM DEED?

A quitclaim deed transfers or "releases" to the transferee whatever present right or interest
the grantor has in the described property. Unlike a grant deed, a quitclaim deed carries
with it no express or implied covenants. Thus, if the grantor holds no interest in the
property, a quitclaim deed conveys nothing.



**Parcel #:**

**Deed Book/Page:**

**Street Number/Name:**

Display 15 ▾ **Results**    Search    Clear

# Parcel # 2603710082
**Incorporated in WILMINGTON PROPERTY TAX AREA**

| | |
|---|---|
| **Property Address:** | 1333 VANDEVER AV<br>WILMINGTON, DE 19802- |
| **Subdivision:** | WILMINGTON |
| **Owner:** | TAITCO INC |
| **Owner Address:** | 121 COLONEL CLAYTON DR<br>MIDDLETOWN, DE 19709-8005 |

View Map
Last 10
Sales

| | | | |
|---|---|---|---|
| **Lot #:** | 25 | **Property Class:** | RESIDENTIAL |
| **Location:** | | | |
| **Map Grid:** | 11403580 | **Lot Size:** | 0.03 |
| **Block:** | 1794 | **Lot Depth:** | 90 |
| **Census Tract:** | 007.00 | **Lot Frontage:** | 13.5 |
| **Street Type:** | FEEDER | **Street Finish:** | SIDEWALK |
| **Gas:** | YES | **Electric:** | YES |
| **Water:** | PUBLIC | | |
| **Microfilm #:** | 000000 | | |

## District & Zoning Info

**Districts**                                   **Zoning**
PLANNING DISTRICT 11-ASMT
STATE SENATE DIST 2
NORTH OF C&D CANAL
STATE REP DIST 02
COLONIAL SCHOOL DIST-TRES
TRAFFIC ZONE T019 (YR2000)
COUNCIL 4 - PENROSE HOLLINS
FIRE/RESCUE - CITY OF WILM
COUNCIL DISTRICT 4 - PENDING

## Sales History

| Deed | Cur. Owner? | Multi? | Sale Date | Sale Amount |
|------|-------------|--------|-----------|-------------|
| 271 223 | N | Y | 8/1/1985 | 130079 |
| 1394 165 | Y | N | 9/3/1992 | 27000 |

## Tax/Assessment Info

| Assessment | | Exemption | Exmp. Amount |
|------------|------|-----------|--------------|
| Land: | 2600 | | |
| Structure: | 9100 | | |
| Homesite: | 0 | | |
| Total: | 11700 | | |

**County Taxable:** 11700  **School Taxable:** 11700

## Tax History

Printable Tax Details

| | County | | | | School | | | |
|------|-----------|---------|-----------|----------|-----------|---------|-----------|----------|
| Tax Year | Principal Due | Penalty Due | Last Paid Date | Amt Paid | Principal Due | Penalty Dne | Last Paid Date | Amt Paid |
| 1999A | $0.00 | $0.00 | 02/17/2000 | -$20.31 | $0.00 | $0.00 | 02/17/2000 | -$146.46 |
| 2000A | $0.00 | $0.00 | 11/29/2000 | -$19.77 | $0.00 | $0.00 | 11/29/2000 | -$118.44 |
| 2001A | $0.00 | $0.00 | 01/23/2002 | -$20.13 | $0.00 | $0.00 | 01/23/2002 | -$127.53 |
| 2002A | $0.00 | $0.00 | 09/12/2002 | -$18.49 | $0.00 | $0.00 | 09/12/2002 | -$129.87 |
| 2003A | $0.00 | $0.00 | 07/25/2003 | -$18.49 | $0.00 | $0.00 | 08/18/2003 | -$145.08 |
| 2004A | $18.49 | $0.00 | | $0.00 | $152.11 | $0.00 | | $0.00 |
| | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | | $0.00 |

**County Balance Due:** $18.49
**School Balance Due:** $152.11

**Overpayment:** $0.00

**These amounts are valid through the last day of the month. For acconnts with delinquent balances, statntory penalty will accrue on the first day of next month.**

## No Sewer Service

## Residence Characteristics

| Building Design: | ROW INSD | Residence Class: | TWO FAMILY |
|------------------|----------|------------------|------------|
| Grade: | FAIR | Condition: | AVERAGE |
| Year Built: | 1909 | # Stories: | 2 |



# Michael E. Kozikowski
# New Castle County Recorder of Deeds

### Web Services Detailed Data Results

---

**Instrument:** 199906081601841
**Recorded:** 6/8/1999
**Document Type:** DEED
  **Grantor:** TAITCO INC
  **Grantee:** MILLER, MILDRED
    **Legal Description:**
      **Marginal:**

**Volume Page:** 2647 152
**Pages:** 2
    **Consideration:** 0

Purchase Copy
ParcelView

---

**Instrument:** 199607011300738
**Recorded:** 7/1/1996
**Document Type:** DEED
  **Grantor:** TAITCO INC
  **Grantee:** TAIT, STEPHEN
    **Legal Description:**
      **Marginal:**

**Volume Page:** 2127 303
**Pages:** 2
    **Consideration:** 0

Purchase Copy
ParcelView

---

**Instrument:** 199508032191321
**Recorded:** 8/3/1995
**Document Type:** DEED
  **Grantor:** SHERATON, GREGORY L
  **Grantee:** TAITCO INC
    **Legal Description:**
      **Marginal:**

**Volume Page:** 1960 171
**Pages:** 2
    **Consideration:** 0

Purchase Copy
ParcelView

---

**Instrument:** 199508010162677
**Recorded:** 8/1/1995
**Document Type:** DEED
  **Grantor:** SARSFIELD, RICHARD P / SARSFIELD, ROBERTA L
  **Grantee:** TAITCO INC
    **Legal Description:**
      **Marginal:**

**Volume Page:** 1958 21
**Pages:** 2
    **Consideration:** 0

Purchase Copy
ParcelView

---

**Instrument:** 199501131330962
**Recorded:** 1/13/1995
**Document Type:** DEED
  **Grantor:** TRAD INC / TRAD CORP,-AKA
  **Grantee:** TAITCO INC
    **Legal Description:**
      **Marginal:**

**Volume Page:** 1868 157
**Pages:** 3
    **Consideration:** 0

Purchase Copy
ParcelView

---

**Instrument:** 199309241847514
**Recorded:** 9/24/1993

**Volume Page:** 1593 228
**Pages:** 3

Purchase Copy
ParcelView

Document Type: DEED                                                      Consideration: 0
Grantor: CHRYSLER FIRST FINANCIAL SERVICES CORP
Grantee: TAITCO INC
        Legal Description:
              Marginal:

---

Instrument: 199209040272463              **Volume Page:** 1394 165          Purchase Copy
Recorded: 9/4/1992                       **Pages:** 3                       ParcelView
Document Type: DEED                                          **Consideration:** 0
Grantor:  TODD INC
Grantee:  TAITCO INC
        Legal Description:
              Marginal:

---

Instrument: 199205041063064              **Volume Page:** 1326 172          Purchase Copy
Recorded: 5/4/1992                       **Pages:** 3                       ParcelView
Document Type: DEED                                          **Consideration:** 0
Grantor: HERNANDEZ, ROBERT
Grantee: TAITCO CORP
        Legal Description:
              Marginal:

**Search Criteria:** Find all documents where the Document Category In ('1') and Last Name Like 'Taitco%'

---

**Main Menu**     **Simple Search**     **Advanced Search**     **Instrument Search**     **Help**

---

*New Castle County Recorder of Deeds Support:*
*Support Person's Name    SupportPerson@NewCastle.co.de.org*

*Developed By:*



*Copyright © 1997-2000 Document Technology Systems, Ltd.*