Errick M. Wright SBI # 211465
SVOP
28207 Dupont Blvd.
Georgetown, De. 19947

04-185 (GMS)

April 28, 2006

Clerk of the Court
United States District Court
900 King St., Lock box 18
Wilmington, De. 19801



RE: Wright v. Det. Lloyd R. Joseph

Dear Clerk of the Court,

   I am requesting a copy of the court Docket and other related documents.

   I do not have any of my files from any court case as I was denied the transport of my files with me from Young Correctional Institution to Sussex Violation of Probation Center by a Department of Corrections Transportation Officer on the morning of April 19, 2006.

Thank You,
Errick M. Wright
Errick M. Wright
Plaintiff

cc: USDC
HWC: Errick M. Wright

Erick M. Wyle
SBI #211465
SCCC
SVOP/SWRU
23207 Dupont Blvd.
Georgetown, DE 19947

WILMINGTON DE 197
17 MAY 2006 PM 2 T

U.S.M.S. X-RAY

Clerk of Court
U.S.D.C.
900 King St. Lockbox 18
Wilmington, De 19801