Errick M. Wright
SBI #211465
Plummer Community Correctional Center
38 Todds Lane
Wilmington, DE 19802

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-

OFFICIAL BUSINESS

RETURN TO SENDER

INSUFFICIENT ADDRESS
ATTEMPTED NOT KNOWN
NO SUCH NUMBER/STREET
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
OTHER

WILMINGTON DE 197
24 MAY 2006 PM 2 L

04 cv 185 GMS

FILED
2006 MAY 31 PM 2:59
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:04-cv-00185-GMS
#### Internal Use Only

Wright v. Joseph
Assigned to: Honorable Gregory M. Sleet
Demand: $0
Case in other court: USDC/DE, 04cv143
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 03/26/2004
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

Errick M. Wright        represented by  Errick M. Wright
                                        SBI #211465
                                        Errick M. Wright, Pro se
                                        Plummer Community Correctional Center
                                        38 Todds Lane
                                        Wilmington, DE 19802
                                        PRO SE

V.

**Defendant**

Det. Lloyd R. Joseph

| Date Filed | # | Docket Text |
|---|---|---|
| 03/26/2004 | 1 | MOTION by Errick M. Wright to Proceed in Forma Pauperis (dab) (Entered: 03/29/2004) |
| 03/26/2004 | 2 | COMPLAINT filed. (dab) (Entered: 03/29/2004) |
| 04/07/2004 | 3 | CASE assigned to Judge Gregory M. Sleet . Notice to all parties. (rjb) (Entered: 04/07/2004) |
| 05/11/2004 | 4 | ORDER granting [1-1] motion to Proceed in Forma Pauperis and to advise that before the Court orders service of process, the Court is required to review the Complaint (signed by Judge Gregory M. Sleet ) copies to: Pltf (lg) (Entered: 05/11/2004) |
| 01/17/2006 | 5 | ORDER, plaintiff shall complete and return to Clerk original USM 285 form(s). Upon receipt, the U.S. Marshal shall serve process as directed by plaintiff. (Copy to pltf.). Signed by Judge Gregory M. Sleet on 1/17/06. (asw ) (Entered: 01/18/2006) |
| 02/16/2006 | 6 | Letter to Honorable Gregory M. Sleet from Errick M. Wright regarding loss of personal files. (mmm) (Entered: 02/17/2006) |

| 03/15/2006 | 7 | Letter to Judge Sleet from Errick M. Wright regarding his legal rights and requesting the Court's guidance in proceeding with his case. (asw) (Entered: 03/15/2006) |
|---|---|---|
| 03/17/2006 | 8 | Letter to Judge Sleet from Errick Wright enclosing a copy of a filing to Judge Calvin Scott, Jr in support of the plaintiff's pending petition. (asw) (Entered: 03/17/2006) |
| 03/21/2006 | 9 | Letter to Honorable Gregory M. Sleet from Errick M. Wright regarding access to law library. (mmm) (Entered: 03/21/2006) |
| 05/19/2006 | 10 | Letter to Clerk of the Court from Errick M. Wright regarding request for docket sheet and change of address. (mmm) (Entered: 05/19/2006) |
| 05/24/2006 |  | EXIT docket sheet to the plaintiff on 5/24/06. (mmm) (Entered: 05/24/2006) |