Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

04-185-sms

Errick M. Wright
SBI #211465
SVOP
28207 DuPont Blvd.
Georgetown, DE 19947

FILED
JUN 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

WILMINGTON DE 197
12 JUN 2006 PM 4 L

Mailed From 19801
US POSTAGE
$00.39

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
■ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD
☐ OTHER

U.S.M.S. X-RAY
RTS RETURN TO SENDER



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERRICK M. WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-185-GMS |
| | ) | |
| DET. LLOYD R. JOSEPH, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

WHEREAS, plaintiff, Errick M. Wright ("Wright"), filed a civil rights complaint without prepayment of the filing fee;

WHEREAS, on January 17, 2006, the court entered an order requiring Wright to complete and return USM-285 forms for the defendant, and informing Wright that the United States Marshal would not serve the complaint until all USM-285 forms were received by the Clerk of the Court, and that failure to provide the USM-285 forms within 120 days from the date of the order may result in the complaint being dismissed or defendants being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 4);

WHEREAS, to date, none of the required USM-285 forms have been received from Wright;

THEREFORE, at Wilmington this 12th day of June, 2006, IT IS HEREBY ORDERED that plaintiff's complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m).

UNITED STATES DISTRICT JUDGE