Errick M. Wright
1123 Conrad Street
Wilmington, DE 19805
302-757-3671

March 19, 2007

Clerk of the Court
U.S. District Court
900 King Street
Lockbox 18
Wilmington, DE 19801

      Re: Wright v. Joseph CN#:1:04-cv-00185-GMS

Dear Clerk of the Court:

      I apologize for the delay in presenting my case before the court. The delay was due to an event involving an alledged violation of my probation that upon my transportation from the Howard R. Young Correctional Institution to Sussex Violation of Probation Unit on April 19, 2006, a correctional officer and a transportaion officer of the Statre of Delaware's Department of Corrections refused to allow the transport of my legal files and mail.

      Within the files were the evidence and other pertinent information to support my petition.These items were illegally discarded by the institution before I could be released and retrieve them.

      However, if the court will allow me to proceed I will present my evidence as best that I can and the petition may include an addition of defendants. I shall seek to prove to the court that the State of Delaware before and after my arrest on October 6, 2003 at various stages, illegally violated my constitutional and civil rights in State of Delaware v. Errick M. Wright CN# 0310003717.

      Sincerely,

      Errick M. Wright
      Petitioner, Pro Se

Oc:   Clerk of the Court
Cc:   Attorney General of the State of Delaware
      Superior Court of the State of Delaware
      Detective Lloyd R. Joseph
      Errick M. Wright