IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERRICK M. WRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 04-185-GMS |
| | ) |
| DET. LLOYD R. JOSEPH, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

WHEREAS, the plaintiff, Errick M. Wright ("Wright"), filed a complaint without prepayment of the filing fee;

WHEREAS, on January 17, 2006, the court entered an order requiring Wright to complete and return USM-285 forms for the defendant, and informing Wright that the United States Marshal would not serve the complaint until all USM-285 forms were received by the Clerk of the Court, and that failure to provide the USM-285 forms within 120 days from the date of the order may result in the complaint being dismissed or defendants being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 4);

WHEREAS, on June 12, 2006, the court entered an order dismissing the complaint for failure to submit the required forms (D.I. 12);

WHEREAS, on March 19, 2007, Wright filed a letter/motion to reopen the case, and informed the court that while incarcerated his legal files and mail were discarded by the institution before he could be released and retrieve them (D.I. 14);

THEREFORE, at Wilmington this 10th day of May, 2007, IT IS HEREBY ORDERED that:

1. The motion to reopen the case (D.I. 14) is granted.

2. The clerk of the court shall reopen this action.

3. Within **thirty days** from the date of this order, Wright shall submit USM-285 forms as previously ordered by the court. Failure to provide the USM-285 forms within this time period of the order may result in the complaint being dismissed or defendant being dismissed pursuant to Fed. R. Civ. P. 4(m). All other aspects of service shall take place as previously ordered on January 17, 2006 (D.I. 5).

_____
UNITED STATES DISTRICT JUDGE

FILED
MAY 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE