IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERRICK M. WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-185-GMS |
| | ) | |
| DET. LLOYD R. JOSEPH, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

WHEREAS, on March 26, 2004, the plaintiff, Errick M. Wright ("Wright"), filed a civil rights complaint without prepayment of the filing fee;

WHEREAS, the case was closed and on May 11, 2007, the court entered an order reopening the case and requiring Wright to complete and return USM-285 forms for the defendant, and informing Wright that the United States Marshal would not serve the complaint until all USM-285 forms were received by the Clerk of the Court, and that failure to provide the USM-285 forms within thirty (30) days from the date of the order may result in the complaint being dismissed or defendants being dismissed (D.I. 15);

WHEREAS, the time has lapsed and the plaintiff has not complied with the court's order of May 11, 2007;

THEREFORE, at Wilmington this 18th day of June, 2007, IT IS HEREBY ORDERED that plaintiff's complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m).

_____
UNITED STATES DISTRICT JUDGE

FILED

JUN 18 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE