

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Errick M Wright
SBI #2465
SVOP
28207 DuPont Blvd.
Georgetown, DE 19947

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☑ NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD
☐ OTHER

RTS RETURN TO SENDER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERRICK M. WRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-185-GMS |
| | ) |
| DET. LLOYD R. JOSEPH, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

WHEREAS, on March 26, 2004, the plaintiff, Errick M. Wright ("Wright"), filed a civil rights complaint without prepayment of the filing fee;

WHEREAS, the case was closed and on May 11, 2007, the court entered an order reopening the case and requiring Wright to complete and return USM-285 forms for the defendant, and informing Wright that the United States Marshal would not serve the complaint until all USM-285 forms were received by the Clerk of the Court, and that failure to provide the USM-285 forms within thirty (30) days from the date of the order may result in the complaint being dismissed or defendants being dismissed (D.I. 15);

WHEREAS, the time has lapsed and the plaintiff has not complied with the court's order of May 11, 2007;

THEREFORE, at Wilmington this 18th day of June, 2007, IT IS HEREBY ORDERED that plaintiff's complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m).

UNITED STATES DISTRICT JUDGE

FILED
JUN 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE